Attorney:
JULIE DABROWSKI
VIRGINIA AND AMBINDER, LLP
40 BROAD STREET 7TH FLOOR
NEW YORK NY 10004


4 1 9 4 9 3

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

Index / case #: 1:18-CV-09175-PAC

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUN, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, ET AL.
   Plaintiff

**AFFIDAVIT OF SERVICE**

INNIS CONSTRUCTION, INC., ET AL.
   Defendant

_BRONX_ County, State of: _New York_  _Paul C. Vinelli_, being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New York_

On _10/12/2018_ at _11:55_ (am)/pm at: 95-08 150TH STREET JAMAICA NY 11435

**Deponent served the within:** SUMMONS & COMPLAINT
CIVIL RULE 7.1 STATEMENT

On which were set forth the Index No., herein, and date of filing

On: INNISS CONSTRUCTION, INC.
   (herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[X] **Corporation or Partnership** — By delivering thereat a true copy of each to: _Gizelle Williams_ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _Authorized Agent_ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**

| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [ ] White skin | [ ] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [X] Female | [ ] Black skin | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow skin | [ ] Gray hair _Brown +_ | [X] 36-50 Yrs | [X] 5'4"-5'8" | [X] 131-160 Lbs |
| | [X] Brown skin | [X] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ]

Sworn to before me on _10/15/18_   _Dorothy Senzer_

DOROTHY SENZER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 03-4648462
Qualified in Bronx County
Commission Expires April 30, 2019

File No.   1:18-CV-09175-PAC

_Paul C. Vinelli_
(Print name below signature)
**Paul C. Vinelli**
**Process Server**
Dt/No: _10/12/2018_
Work Order No.   419493

Case 1:18-cv-09175-PAC Document 5 Filed 10/09/18 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, et al. <br><br> *Plaintiff(s)* <br> v. <br> INNISS CONSTRUCTION, INC., HUDSON INSURANCE COMPANY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INNISS CONSTRUCTION, INC.
95-08 150TH STREET,
JAMAICA, NY 11435

HUDSON INSURANCE COMPANY
100 WILLIAM STREET,
NEW YORK, NEW YORK 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: VIRGINIA & AMBINDER, LLP
40 BROAD STREET, 7TH FLOOR
NEW YORK, NEW YORK 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/09/2018

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

