# WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

90 MERRICK AVENUE
SUITE 802
EAST MEADOW, NEW YORK 11554

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

DAVID WESTERMANN, JR.
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
STEPHEN J. GILLESPIE**
MICHAEL F. KUZOW***
MICHAEL F. MCGOWAN
JOANNE E. BELL
JAMIE B. JOHNSON
MICHAEL J. ROSENTHAL

VASILIOS SKULIKIDIS
MATTHEW A. BIALOR
ATANASIO FERNANDEZ SANCHEZ
ASHLEY A. PRATT
COLIN D. BRUCIA

OF COUNSEL
LEONARD M. RIDINI, JR.
ANTHONY SAMMARTANO
SETH D. ROSMARIN
MICHAEL MCDERMOTT
TIMOTHY J. LENANE
JUDITH A. AYDELOTT
GORDON B. AYDELOTT

* Also Admitted in CT
** Also Admitted in NJ
*** Also Admitted in OK and TX

WHITE PLAINS OFFICE
222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, N.Y. 10605
TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587

NEW JERSEY OFFICE
THE COMMONS - SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820
TELEPHONE (203) 661-8977

February 26, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020
```

BY ECF

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18C
New York, New York 10007-1312

Re: Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Inniss Construction, Inc., et al, 18 CV 9175 (MKV)

Dear Judge Vyskocil:

This firm represents defendant, Hudson Insurance Company (Hudson), in the above-referenced action. Hudson respectfully requests an extension of the deadlines set forth in the Court's December 5, 2019 scheduling order. *See* Dkt. 37. We write with the consent of plaintiffs, Trustees of the New York District Council of Carpenters Pension Fund, et al. (the Funds). It is believed that defendant, Inniss Construction, Inc. (Inniss), is not currently represented by counsel.

This case involves, among other things, the Funds' claim that Innis failed to pay certain wages and supplemental benefits to the Funds for Inniss' union labor on the Schiff House Daycare Renovation project (the Project). It is also alleged by the Funds that Hudson issued a labor and material payment bond (the Bond) that, under the terms of the Bond, Hudson agreed, under certain conditions, to be liable to those performing work and/or labor for Inniss on the Project.

Currently, Hudson and the Funds are attempting to resolve this matter. To that end, both Hudson and the Funds have engaged consultants to audit the records of Inniss to determine the extent of Inniss' labor and payments to the Funds on the Project. Hudson and the Funds anticipate that the audit of Inniss' records will be completed by the end of March 2020. Upon the completion of the audit, the respective consultants will meet to discuss their findings in an attempt to settle this matter.

Based on the foregoing, the parties respectfully request an adjournment to the March 10, 2020 pre-trial conference scheduled for 11:00 a.m. and that the current case management plan and scheduling order be extended by 60-days. Hudson and the Funds believe that given additional time, they may be able to reach a settlement, specifically without the Court's intervention. The parties will remain mindful of the discovery schedule and to the extent that the parties are unable to timely resolve this matter after the completion of the audit, the parties will exchange formal discovery responses.

This is the parties' third request for a modification to the civil case management plan and scheduling order.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____/s_____
Michael J. Rosenthal, Esq.
*Counsel for Defendant,*
*Hudson Insurance Company*

_____/s_____
Marlie Blaise, Esq.
*Counsel for Plaintiffs*

---

GRANTED. The conference is adjourned sine die and all other deadlines are extended 60 days. The parties are directed to file a new Case Management Plan on the docket reflecting the revised dates. The Court will so order the revised plan. SO ORDERED.

Date: 2/27/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge