

VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Marlie Blaise**
Associate
mblaise@vandallp.com

September 14, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 18C
New York, New York 10007-1312

> Re:  **Trustees of the New York City District Council of Carpenters
> Pension Fund, et al. v. Inniss Construction, Inc., et al, 18 CV 9175
> (MKV)**

Dear Judge Vyskocil:

This firm represents Plaintiffs (the "Funds") in the above-referenced action.  We write jointly with counsel for Defendant, Hudson Insurance Company ("Hudson"), to advise the Court as to the status of this matter and to request an adjournment of the conference scheduled for September 17, 2020 at 11:00 a.m.

On August 10, 2020, the undersigned and Hudson's counsel advised the Court that the Funds' Board of Trustees approved Hudson's settlement offer.

Since then, the Funds and Hudson have drafted settlement documents and the parties are in the process of having the settlement documents executed.  Once the settlement documents are executed by all parties and the settlement payment clears with the Funds' financial institution, the Funds and Hudson will file a stipulation of discontinuance with prejudice as it pertains to the Funds' claims against Hudson in this matter.

As previously advised, Defendant Inniss Construction, Inc. ("Inniss") has failed to appear with counsel in this matter.  Accordingly, it is in default.  Plaintiffs anticipate requesting a certificate of default from the Clerk of Court as it pertains to Inniss and subsequently moving for a default judgment against Inniss.



VIRGINIA
& AMBINDER LLP
Attorneys at Law

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____/s/_____
Marlie Blaise, Esq.
*Attorneys for Plaintiffs*


_____/s/_____
Michael J. Rosenthal, Esq.
Christopher J. Sheehy, Esq.
Westermann Sheehy Keenan
Samaan & Aydelott, LLP
90 Merrick Avenue, Suite 802
East Meadow, New York 11553
Tel: (516) 794-7500
Fax: (516) 794-1277
*Counsel for Defendant*
*Hudson Insurance Company*

The request to adjourn the Post-Discovery Conference scheduled to take place on September 17, 2020 is GRANTED. Plaintiff shall file its stipulation of dismissal and motion for a default judgment by October 15, 2020.  Further delays may result in sanctions, including dismissal of claims.

SO ORDERED.

Dated: New York, New York

_ September 16 _, 2020

By: Mary Kay Vyskocil
                    U.S.D.J.