UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>INNISS CONSTRUCTION, INC., et al.,<br><br>　　　　　　　Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/16/2020<br><br><br>1:18-cv-9175-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

　　On October 15, 2020, Plaintiffs filed a motion for a default judgment against Defendant Inniss Construction Company, Inc. [ECF #56].  Accordingly, IT IS HEREBY ORDERED that counsel for Plaintiffs and Defendant Inniss Construction Company shall appear for a default judgment hearing on November 12, 2020 at 2:00 PM.  The hearing will be held by telephone.  To join, dial 888-278-0296 and enter access code 5195844.

　　IT IS FURTHER ORDERED that submissions in connection with the hearing shall be filed by November 5, 2020.  IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order on Defendant Inniss Construction Company, and file proof of such service on ECF, by October 23, 2020.

**SO ORDERED.**

Date:  October 16, 2020　　　　　　　　　　_____
　　　　New York, NY　　　　　　　　　　　　MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge