UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION,

Plaintiffs,

-against-

INNISS CONSTRUCTION, INC., and HUDSON INSURANCE COMPANY,

Defendants.

18 CV 9175 (MKV)

**DEFAULT JUDGMENT**

The Complaint and Amended Complaint in this action having been duly served on the above-named Defendant INNISS CONSTRUCTION, INC., and said Defendant having failed to appear with counsel in this matter, and said default having been duly noted and upon the annexed Declaration of Marlie Blaise, Esq., Declaration of William Davidian, and Declaration of Ankur Patel,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED, ADJUDICATED, and DECREED that Plaintiffs, have judgment against INNISS CONSTRUCTION, INC., the Defendant, with its principal place of business at 95-20 150th Street, Jamaica, New York, 11435, $116,434.86, as follows:

1. Awarding Plaintiffs a judgement of $116,434.86 against Defendant, Inniss, consisting of audit findings which contains: (1) an outstanding principal deficiency of $9,735.59, (2) interest thereon of $10,359.14, (3) promotional fund contributions of $136.80, (4)

audit costs of $8,345, (5) liquidated damages of $1,947.12, and (6) attorneys' fees and costs of $85,911.21.

2. Awarding Plaintiffs post judgment interest pursuant to 28 U.S.C. § 1961.

_____ December 23, 2020
Mary Kay Vyskocil
United States District Judge